AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| B&S EQUIPMENT COMPANY, INC. | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. 09-3862, Sec. F-4 |
| TRUCKLA SERVICES, INC., ET AL | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

T&M Boat Rentals, L.L.C.
Through its registered agent:
Gerald J. Bourgeois, 1025 Victor II Blvd., Morgan City, LA 70381

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert S. Reich, Esq.
Reich, Album & Plunkett, LLC
3850 N. Causeway Blvd., Suite 1000, Two Lakeway Ctr., Metairie, LA 70002

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: AUG 2 1 2009

*Charles A. Armon*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

and First and Second Supplemental and Amending Complaints

I declare under penalty of perjury that I served the summons and complaint in this case on 8-26-09,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with  LeAH DiMATTiO
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  8-26-09

Philip A. Staines
Server's signature

Philip Staines
Printed name and title
Process server

4521 Toby Lane
Metairie, LA 70003
Server's address