AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| B&S EQUIPMENT COMPANY, INC. ) <br> Plaintiff ) <br> v. ) <br> TRUCKLA SERVICES, INC., ET AL ) <br> Defendant ) | Civil Action No. 09-3862, SEC. F-4 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Montgomery Insurance Company through
Louisiana Secretary of State
Twelve United Plaza, 8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: AUG 2 1 2009

*Charles A. Armon*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

and First and Second Supplemental and Amending Complaints

I declare under penalty of perjury that I served the summons and complaint in this case on 8/25/09, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is clerk, Sec. of State LA ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 8/25/09

Server's signature

Richard Hopkins - Messenger
Printed name and title

SERVED ON
JAY DARDENNE

AUG 25 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

7818 Hampson St apt A
NOLA 70118
Server's address