UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION 09-3862 |
| | * | |
| VERSUS | * | SECTION F; MAG. 4 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | |
| ABC INSURANCE COMPANY | * | |
| ***************************************** | * | |

## ANSWER OF TRUCKLA SERVICES, INC.

Truckla Services, Inc. (hereinafter referred to as "Truckla") through undersigned counsel, answers the Second Supplemental and Amending Complaint of the plaintiff, B&S Equipment Company, Inc. (hereinafter referred to as "B&S") and respectfully alleges upon information and belief as follows:

1.

Admits the allegations in Paragraph I.

2.

Admits the allegations in Paragraph II A only, and denies each and every allegation made in Paragraph II of the complaint.

3.

Denies this court has jurisdiction over the person of the defendant because none of the material facts and events giving rise to this cause of action occurred within the State of Louisiana, within the jurisdiction of this Honorable Court.

4.

Denies that venue is proper and further avers that the Eastern District of Louisiana is an inconvenient forum for the conduct of these proceedings.

5.

Repeats and re-alleges each admission, denial, or other response to the Paragraphs listed in Paragraphs V, XIX, XXVII, and Paragraph XXXIII.

6.

Admits the allegations contained in Paragraphs VI, VII, XXVIII, XXIX, XXXI, and XXXIV.

7.

Refers to the said lease for the terms thereof, and denies each and every additional allegation in Paragraphs VIII, XIX and XIV of the complaint.

8.

Denies each and every allegation in Paragraphs X, XI, XII, XIII, XV, XVI, XVII, XXI, XXII, XXIII, XXIV, XXV, XXXV, XXXVI, and XXXVII.

9.

Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph XVIII of the complaint.

10.

Admits that B&S supplied two spud barges to Truckla but denies that the barges were delivered in a seaworthy condition and denies each and every additional allegation contained in Paragraph XX.

11.

No answer is required to the allegations in Paragraph XXVI because the paragraph alleges the subjective belief of the plaintiff, apparently, and there is no way Truckla can verify the plaintiff's subjective belief.

12.

Admits that damages caused to the spud barges were caused or contributed to by the fault and neglect of B&S, T&M, and by the unseaworthiness of the barges themselves, and except as though specifically admitted, denies each and every allegation contained in Paragraph XXX of the complaint.

13.

No answer is required to the allegations in Paragraph XXXII of the complaint because the paragraph alleges the subjective belief of other persons as to insurance coverage placed by T&M, and except as so specifically admitted, denies each and every allegation in Paragraph XXXII.

**AFFIRMATIVE DEFENSES**

A.

This Court lacks jurisdiction over the person of the defendant.

B.

The Eastern District of Louisiana is an inconvenient forum to conduct these proceedings.

C.

Neither the excavators nor the spud barges delivered to Truckla by the plaintiff were in all respects seaworthy at the commencement of their use.

D.

The poor condition of the excavators and the equipment, along with the errors and omissions of personnel furnished by the plaintiff to manage their use, were inadequate and caused the damages complained of.

F.

The damages complained of caused or contributed to by the contributory negligence, neglect, lack of seaworthiness of plaintiff's equipment, and breaches of contract by the plaintiff and other third parties for whom Truckla is not legally responsible.

WHEREFORE, Defendant, Truckla Services, Inc., after due proceedings are had, demands judgment in its favor and against the plaintiff, B&S Equipment Company, Inc., dismissing the complaint with prejudice and awarding to the defendant its attorney's fees, costs and expenses of this action, together with such other and additional relief as this court shall deem proper and appropriate.

Respectfully submitted,

ss/ Stephen R. Remsberg
Stephen R. Remsberg, Esq., #13820
LEMLE & KELLEHER, LLP
2100 Pan American Life Center
601 Poydras Street
New Orleans, LA  70130
Phone:  (504) 586-1241
Fax:  (504) 584-9142
Attorneys for Truckla Services, Inc.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 5th day of October 2009.

                                                      ss/ Stephen R. Remsberg