UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | SECTION "F" (J. FELDMAN) |
| ABC INSURANCE COMPANY | * | |
| | * | MAG. 4 (MAG. ROBY) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER OF T&M BOAT RENTALS, L.L.C.

NOW COMES defendant, T&M Boat Rentals, L.L.C., through undersigned counsel, and for answer to the following pleadings filed by B&S Equipment Company, Inc.: (a) Complaint, (b) First Supplemental and Amending Complaint, and (c) Second Supplemental and Amending Complaint (collectively "The Complaints"), avers as follows:

### FIRST DEFENSE

The Complaints fail to state a claim fails to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

As a separate and complete defense and in answer to the numbered allegations of The Complaints, T&M Boat Rentals, L.L.C. denies the allegations of the Complaints for lack of knowledge or information sufficient to form a belief as to the truth of the averments contained

therein, except to admit that T&M Boat Rentals, L.L.C. is a Louisiana limited liability company; and specifically denies any liability for the operation of the M/V MASTER CADE, which vessel it did not own, operate, or control.

### THIRD DEFENSE

As a separate and complete defense, T&M Boat Rentals, L.L.C. avers that plaintiff's damages, if any, were due solely and entirely to the fault and negligence of third parties or their agents or employees for which this defendant cannot be held responsible.

### FOURTH DEFENSE

As a separate and complete defense, T&M Boat Rentals, L.L.C. avers that plaintiff's damages, if any, were not the result of any negligence on behalf of T&M Boat Rentals, L.L.C., its employees, agents, or other persons for which it is responsible, but were caused or contributed to by the fault and negligence of the plaintiff, the particulars of which will be shown at the trial of this cause, which negligence and/or contributory negligence is pleaded in bar of or diminution of any recovery herein.

### FIFTH DEFENSE

As a separate and complete defense, T&M Boat Rentals, L.L.C. avers that plaintiff's damages, if any, were not the result of any unseaworthiness of any vessel for which it was responsible.

### SIXTH DEFENSE

As a separate and complete defense, T&M Boat Rentals, L.L.C. avers that it did not own, operate, or control any of the towing vessels as its role was limited to brokering various vessels, including the M/V MASTER CADE, which vessel is owned and operated by Adams Towing.

## SEVENTH DEFENSE

Plaintiff's Second Supplemental and Amending Complaint as to T&M Boat Rentals, L.L.C. is frivolous under Rule 11 of the Federal Rules of Civil Procedure, particularly when B&S Equipment Company was advised by letter that T&M Boat Rentals was not a proper party.

WHEREFORE, T&M Boat Rentals, L.L.C. prays for judgment in its favor dismissing The Complaints at plaintiff's costs, including attorneys' fees, and for such other and further relief as may be proper and this Court competent to grant.

                                                Respectfully submitted,

LUGENBUHL, WHEATON, PECK,       s/ Scott R. Wheaton, Jr.
   RANKIN & HUBBARD                  SCOTT R. WHEATON, JR., T.A., BAR #13395
                                          MILES C. THOMAS, BAR #31342
                                          Suite 2775 Pan-American Life Center
      Of Counsel                          601 Poydras Street
                                          New Orleans, Louisiana 70130
                                          Telephone: (504) 568-1990
                                          Facsimile: (504) 310-9195
                                          Attorneys for T&M Boat Rentals, L.L.C.

## Certificate of Service

I hereby certify that on October 12, 2009, a copy of the foregoing Answer was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Robert S. Reich and W. Jacob Gardner, Jr. by operation of the Court's electronic filing system.

                                                s/ Scott R. Wheaton, Jr.
                                                Scott R. Wheaton, Jr. (Bar No. 13395)
                                                LUGENBUHL, WHEATON, PECK,
                                                  RANKIN & HUBBARD
                                                Suite 2775, Pan-American Life Center
                                                601 Poydras Street
                                                New Orleans, LA 70130
                                                Telephone: (504) 568-1990
                                                Facsimile: (504) 310-9195
                                                E-mail: srwheaton@lawla.com