UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | SECTION "F" (J. FELDMAN) |
| ABC INSURANCE COMPANY | * | |
| | * | MAG. 4 (MAG. ROBY) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing First Ex Parte Motion for Extension of Time in Which to Plead,

IT IS HEREBY ORDERED that T&M Boat Rentals, L.L.C. be and hereby is granted an

extension of twenty (20) days in which to answer or otherwise plead.

New Orleans, Louisiana, this __14th__ day of October, 2009.

_____

UNITED STATES DISTRICT JUDGE