CALL DOCKET
JUDGE FELDMAN
OCTOBER 14, 2009

UNITED STATES DISTRICT OF LOUISIANA

EASTERN DISTRICT OF LOUISIANA

A review of the record indicates that service of the complaint has been made upon the defendant(s) and the time to file responsive pleadings has expired. Accordingly;

IT IS ORDERED that on or before November 17, 2009, plaintiff obtain a responsive pleading or preliminary default on all served defendants. Failure to do so will result in the defendants DISMISSAL for failure to prosecute, without any further notice.

09-3666 DONALD G. JONES VS. JOSEPH BALLARD AND TRG CONSTRUCTION

09-3862 B&S EQUIPMENT CO. VS. TRUCKLA SERVICES, INC.

