09-062267

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B & S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND ABC INSURANCE COMPANY | * | SECTION "F" |
| | * | |
| | * | MAGISTRATE: 4 |

**************************************************************************

## PROPOSED ORDER

Considering the foregoing First Motion for Extension of Time to Plead;

IT IS ORDERED that defendant, Montgomery Insurance be and is hereby allowed an additional 20 days or until November 16, 2009, to answer or otherwise plead herein.

New Orleans, Louisiana, this  29th  day of    October   , 2009.

_____
UNITED STATES DISTRICT JUDGE