09-062267

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B & S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND ABC | * | SECTION "F" |
| INSURANCE COMPANY | * | |
| | * | MAGISTRATE: 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER TO ORIGINAL COMPLAINT, FIRST
SUPPLEMENTAL AND AMENDING COMPLAINT AND
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Montgomery Insurance, and in answer to the Complaint of B & S Equipment Company, Inc., the plaintiff, respectfully represents as follow:

FIRST DEFENSE

Defendant specifically pleads that plaintiff's complaint fails to state a claim or cause of action upon which relief can be granted.

SECOND DEFENSE

Specifically answering the allegations of the complaint, defendant pleads as follows:

<u>ANSWER TO ORIGINAL COMPLAINT</u>

AND NOW in answer to the particular allegations of plaintiff's original complaint, defendant respectfully represents as follows:

I.

The allegations of paragraph I. calls for a legal conclusion for which an answer is not required, however, insofar as an answer is required, it is denied.

II.

The allegations of Paragraph II. are denied for the lack of sufficient information to justify a belief therein.

III.

The allegations of Paragraph III. are denied for the lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph IV. are denied for the lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph V. are denied.

VI.

The allegations of Paragraph VI. are denied for the lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph VII. are denied for the lack of sufficient information to justify a belief therein.

VIII.

The allegations of Paragraph VIII. are denied for the lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph IX. are denied for the lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph X. are denied for the lack of sufficient information to justify a belief therein.

XI.

The allegations of Paragraph XI. are denied for the lack of sufficient information to justify a belief therein.

XII.

The allegations of Paragraph XII. are denied for the lack of sufficient information to justify a belief therein.

XIII.

The allegations of Paragraph XIII. are denied for the lack of sufficient information to justify a belief therein.

XIV.

The allegations of Paragraph XIV. are denied for the lack of sufficient information to justify a belief therein.

XV.

The allegations of Paragraph XV. are denied for the lack of sufficient information to justify a belief therein.

XVI.

The allegations of Paragraph XVI. are denied for the lack of sufficient information to justify a belief therein.

XVII.

The allegations of Paragraph XVII. are denied for the lack of sufficient information to justify a belief therein.

XVIII.

The allegations of Paragraph XVIII. are denied for the lack of sufficient information to justify a belief therein.

XIX.

The allegations of Paragraph XIX. are denied for the lack of sufficient information to justify a belief therein.

XX.

The allegations of Paragraph XX. are denied for the lack of sufficient information to justify a belief therein.

XXI.

The allegations of Paragraph XXI. are denied for the lack of sufficient information to justify a belief therein.

XXII.

The allegations of Paragraph XXII. are denied for the lack of sufficient information to justify a belief therein.

XXIII.

The allegations of Paragraph XXIII. are denied for the lack of sufficient information to justify a belief therein.

XXIV.

The allegations of Paragraph XXIV. are denied for the lack of sufficient information to justify a belief therein.

ANSWER TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

I.

The allegations of Paragraph I. are denied for the lack of sufficient information to justify a belief therein.

II.

Montgomery Insurance admits its status as a foreign corporation authorized to do and doing business in the State of Louisiana. The terms, coverages and conditions of any policy of insurance issued by Montgomery Insurance are best evidenced by the policy itself.  Except as so qualified, the allegations of Paragraph II. are denied.

III.

The allegations of Paragraph III. are denied for the lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph IV. are denied for the lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph V. are denied for the lack of sufficient information to justify a belief therein

VI.

The allegations of Paragraph VI. are denied for the lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph VII. are denied for the lack of sufficient information to justify a belief therein.

VIII.

The allegations of Paragraph VIII. are denied for the lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph IX. are denied for the lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph X. are denied for the lack of sufficient information to justify a belief therein.

XI.

The allegations of Paragraph XI. are denied for the lack of sufficient information to justify a belief therein.

XII.

The allegations of Paragraph XII. are denied for the lack of sufficient information to justify a belief therein.

XIII.

The allegations of Paragraph XIII. are denied for the lack of sufficient information to justify a belief therein.

XIV.

The allegations of Paragraph XIV. are denied for the lack of sufficient information to justify a belief therein.

XV.

The allegations of Paragraph XV. are denied for the lack of sufficient information to justify a belief therein.

XVI.

The allegations of Paragraph XVI. are denied for the lack of sufficient information to justify a belief therein.

XVII.

The allegations of Paragraph XVII. are denied for the lack of sufficient information to justify a belief therein.

XVIII.

The terms, coverages and conditions of any policy of insurance issued by Montgomery Insurance are best evidenced by the policy itself.   Except as so qualified, the allegations of Paragraph XVIII. are denied.

XIX.

The allegations of Paragraph XIX. are denied for the lack of sufficient information to justify a belief therein.

XX.

The allegations of Paragraph XX. are denied for the lack of sufficient information to justify a belief therein.

XXI.

The allegations of Paragraph XXI. are denied for the lack of sufficient information to justify a belief therein.

XXII.

The allegations of Paragraph XXII. are denied for the lack of sufficient information to justify a belief therein.

XXIII.

The allegations of Paragraph XXIII. are denied for the lack of sufficient information to justify a belief therein.

XXIV.

The allegations of Paragraph XXIV. are denied for the lack of sufficient information to justify a belief therein.

XXV.

The allegations of Paragraph XXV. are denied for the lack of sufficient information to justify a belief therein.

XXVI.

The allegations of Paragraph XXVI. are denied for the lack of sufficient information to justify a belief therein.

XXVII.

The allegations of Paragraph XXVII. are denied for the lack of sufficient information to justify a belief therein.

## XXVIII.

The allegations of Paragraph XXVIII. are denied for the lack of sufficient information to justify a belief therein.

## XXIX.

The allegations of Paragraph XXIX. are denied for the lack of sufficient information to justify a belief therein.

## XXX.

The allegations of Paragraph XXX. are denied for the lack of sufficient information to justify a belief therein.

## XXXI.

The allegations of Paragraph XXXI. are denied for the lack of sufficient information to justify a belief therein.

## ANSWER TO SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

## I.

The allegations of Paragraph I. are denied for the lack of sufficient information to justify a belief therein.

## II.

Defendant, Montgomery Insurance, admits its status and domicile.  All other allegations of Paragraph II. are denied.

III.

The allegations of Paragraph III. are denied for the lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph IV. are denied for the lack of sufficient information to justify a belief therein.

V.

Defendant hereby reasserts and reavers all allegations, denials, and defenses.

VI.

The allegations of Paragraph VI. are denied for the lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph VII. are denied for the lack of sufficient information to justify a belief therein.

VIII.

The allegations of Paragraph VIII. are denied for the lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph IX. are denied for the lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph X. are denied for the lack of sufficient information to justify a belief therein.

XI.

The allegations of Paragraph XI. are denied for the lack of sufficient information to justify a belief therein.

XII.

The allegations of Paragraph XII. are denied for the lack of sufficient information to justify a belief therein.

XIII.

The allegations of Paragraph XIII. are denied for the lack of sufficient information to justify a belief therein.

XIV.

The allegations of Paragraph XIV. are denied for the lack of sufficient information to justify a belief therein.

XV.

The allegations of Paragraph XV. are denied for the lack of sufficient information to justify a belief therein.

XVI.

The allegations of Paragraph XVI. are denied for the lack of sufficient information to justify a belief therein.

XVII.

The allegations of Paragraph XVII. Are denied.

XVIII.

The allegations of Paragraph XVIII. are denied as written.  The  terms,  coverages  and conditions of any policy of insurance issued by Montgomery Insurance are best evidenced by the policy itself.  Except as so qualified, the allegations of Paragraph XVIII. are denied.

XIX.

Defendant hereby reasserts and reavers all allegations, denials, and defenses.

XX.

The allegations of Paragraph XX. are denied for the lack of sufficient information to justify a belief therein.

XXI.

The allegations of Paragraph XXI. are denied for the lack of sufficient information to justify a belief therein.

XXII.

The allegations of Paragraph XXII. are denied for the lack of sufficient information to justify a belief therein.

XXIII.

The allegations of Paragraph XXIII. are denied for the lack of sufficient information to justify a belief therein.

XXIV.

The allegations of Paragraph XXIV. are denied for the lack of sufficient information to justify a belief therein.

XXV.

The allegations of Paragraph XXV. are denied for the lack of sufficient information to justify a belief therein.

XXVI.

The allegations of Paragraph XXVI. are denied for the lack of sufficient information to justify a belief therein.

XXVII.

The allegations of Paragraph XXVII. are denied for the lack of sufficient information to justify a belief therein.

XXVIII.

The allegations of Paragraph XXVIII. are denied for the lack of sufficient information to justify a belief therein.

XXIX.

The allegations of Paragraph XXIX. are denied for the lack of sufficient information to justify a belief therein.

XXX.

The allegations of Paragraph XXX. are denied for the lack of sufficient information to justify a belief therein.

## XXXI.

The allegations of Paragraph XXXI. are denied for the lack of sufficient information to justify a belief therein.

## XXXII.

The allegations of Paragraph XXXII. are denied for the lack of sufficient information to justify a belief therein.

## XXXIII.

Defendant hereby reasserts and reavers all allegations, denials, and defenses.

## XXXIV.

The allegations of Paragraph XXXIV. are denied for the lack of sufficient information to justify a belief therein.

## XXXV.

The allegations of Paragraph XXXV. are denied for the lack of sufficient information to justify a belief therein.

## XXXVI.

The allegations of Paragraph XXXVI. are denied for the lack of sufficient information to justify a belief therein.

## XXXVII.

The allegations of Paragraph XXXVII. are denied for the lack of sufficient information to justify a belief therein.

### THIRD DEFENSE

Defendant specifically pleads that all the terms, conditions, exclusions, and limitations of any policy issued to plaintiff are pled herein *in extenso*.

### FOURTH DEFENSE

As a separate and complete defense, Montgomery Insurance specifically pleads exclusions pursuant to the commercial inland marine policy issued herein.

### FIFTH DEFENSE

As a separate and complete defense, Montgomery Insurance avers that plaintiff, was contributory or comparatively negligent, which negligence acts as a complete or partial bar to their recovery.

### SIXTH DEFENSE

As a separate and complete defense, Montgomery Insurance, while continuing to deny that any damage was sustained, alternatively pleads that if any damages were sustained, they were caused by a third party for whom it is not responsible.

### SEVENTH DEFENSE

As a separate and complete defense, Montgomery Insurance alleges that plaintiff has failed to mitigate its damages.

### EIGHTH DEFENSE

If it is learned that plaintiff has provided an inflated estimate or one which includes items to which they are not entitled, then this is pled as a defense herein.

WHEREFORE, defendant, Montgomery Insurance, prays that this Answer be deemed good and sufficient and that after due proceedings had, there be judgment herein in favor of

defendant, Montgomery Insurance, and against plaintiff, dismissing plaintiff's suit at its cost and for all general and equitable relief.

                              **LAW OFFICES OF ROBERT E. BIRTEL**


                              BY:s/ ERIN O. BRAUD
                                Erin O. Braud, T. A. (30008)
                                Attorney for Defendant,
                                Montgomery Insurance
                                Law Offices of Robert E. Birtel
                                3900 North Causeway Boulevard
                                Suite 625, One Lakeway Center
                                Metairie, Louisiana 70002
                                (504) 837-7050  Fax: (504) 837-0249
                                Erin.Braud@LibertyMutual.com

                     <u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on the 6th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.


                              BY:s/  Erin O. Braud
                                Erin O. Braud, T. A.
                                Attorney for Defendant,
                                Montgomery Insurance