UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | SECTION "F" (J. FELDMAN) |
| ABC INSURANCE COMPANY | * | |
| | * | MAG. 4 (MAG. ROBY) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that Anthony J. Staines and the law firm of Staines & Eppling be substituted for Scott R. Wheaton, Jr., Miles C. Thomas, and the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, as counsel of record for T&M Boat Rentals, L.L.C.

New Orleans, Louisiana, this 16th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE