UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

B&S EQUIPMENT COMPANY, INC.  *  CIVIL ACTION 09-3862
               *
VERSUS          *  SECTION F; MAG. 4
               *
TRUCKLA SERVICES, INC. AND   *
ABC INSURANCE COMPANY   *
**************************************** *

ORDER

  CONSIDERING THE FOREGOING Motion to Enroll Additional Counsel of Record;

  **IT IS ORDERED** that Kent B. Ryan (Bar No. 18418) be and hereby is enrolled as trial

counsel of record for defendant, Truckla Services, Inc., in the captioned matter.

  New Orleans, Louisiana this  _22nd_  day of January, 2010.


                              
                UNITED STATES DISTRICT JUDGE