UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **B&S EQUIPMENT COMPANY, INC.** | * | **CIVIL ACTION 09-3862** |
| | * | |
| **VERSUS** | * | **SECTION F-4** |
| | * | |
| **TRUCKLA SERVICES, INC. AND** | * | **HONORABLE MARTIN L.C.** |
| **ABC INSURANCE COMPANY** | * | **FELDMAN** |
| | * | |
| | * | **MAGISTRATE KAREN WELLS ROBY** |

### ORDER

Considering the foregoing Consent Motion for Leave to File the Third Supplemental and Amending Complaint of plaintiff, B&S Equipment Company, Inc.;

**IT IS HEREBY ORDERED** that B&S is hereby granted leave to file the attached Third Supplemental and Amending Complaint is granted.

NEW ORLEANS, LOUISIANA, this 17th day of February, 2010.

_____
**HONORABLE MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**