UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION 09-3862 |
| | * | |
| VERSUS | * | SECTION F; MAG. 4 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | |
| ABC INSURANCE COMPANY | * | |
| ****************************************** | * | |

## ORDER

**CONSIDERING THE FOREGOING MOTION;**

**IT IS HEREBY ORDERED** that Truckla Services, Inc. be and is hereby granted leave to file the attached Cross-Claim.

New Orleans, Louisiana, this ___19th___ day of February, 2010.

_____
THE HONORABLE MARTIN L. C. FELDMAN

730953-1