UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION 09-3862 |
| | * | |
| VERSUS | * | SECTION F; MAG. 4 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | |
| ABC INSURANCE COMPANY | * | |
| ****************************************** | * | |

## CROSS-CLAIM

**NOW INTO COURT**, through undersigned counsel, comes Defendant and Cross-Claimant, Truckla Services, Inc. ("Truckla"), and respectively avers as follows:

1.

At all material times, Truckla was a foreign corporation doing business in the State of Louisiana with a registered agent within this state.

2.

At all material times, Montgomery Insurance ("Montgomery") is a foreign insurer and member of the Liberty Mutual Group providing coverage for the below described equipment made the subject of this litigation.

3.

This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the amount in controversy exceeds the jurisdictional amount. Additionally, this Court has jurisdiction pursuant to 28 U.S.C. § 1333 and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the supplemental rules governing admiralty and maritime claims.

Additionally, this Cross-Claim is allowed pursuant to Federal Rule of Civil Procedure 13.

4.

In or about March of 2009, Truckla entered into an agreement with B&S whereby B&S was to supply certain equipment, including two excavators and two spud barges, to be used by Truckla to deposit stone along the Mississippi River Embankment south of Cairo, Illinois for a project Truckla was performing for the United States Army Corps. of Engineers.

5.

B&S claims that certain equipment it provided to Truckla, including the two excavators, are or were damaged while en route to or engaged in the work performed by Truckla for the United States Army Crops. of Engineers.

6.

At all pertinent times herein, Montgomery had in force and effect a policy of insurance covering some or all of the equipment, including but not limited to, the excavators, as well as the claims made herein by B&S, the terms and conditions of which are plead herein as if copied *in extenso*.

7.

Truckla notified Montgomery of the claims and made demand for defense, indemnity and coverage for any damages alleged by B&S or that may otherwise have occurred while the equipment was involved in the work in question or otherwise leased to Truckla.

8.

Montgomery has formally denied coverage of the claim and the defense of Truckla.

9.

Truckla is entitled to a complete defense of the claim as well as coverage and/or indemnity to the extent damages to the equipment occurred while it was engaged in the work being performed by Truckla.

10.

Additionally, Montgomery's aforementioned conduct breached its duties of good faith and fair dealing, to affirmatively adjust the claim fairly and promptly and to make reasonable efforts to settle the claims such that Truckla is entitled to damages pursuant to La. R.S. 22:1220 and 22:658.

**WHEREFORE**, defendant and Cross-Claimant, Truckla Services, Inc., after due proceedings had, demands judgment in its favor and against B&S Equipment Co., Inc. dismissing the complaint of B&S Equipment Co., Inc. with prejudice and/or alternatively, awarding damages to Truckla Services, Inc. and against Montgomery Insurance along with attorney's fees, penalties, costs and expenses of this action, together with such other and additional relief as this Court may deem proper and appropriate.

Respectfully submitted,

*/s/ Kent B. Ryan*
_____
Stephen R. Remsberg, Esq., #13820
Kent B. Ryan, Esq. #18418, T.A.
LEMLE & KELLEHER, LLP
2100 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Phone: (504) 586-1241
Fax: (504) 584-9142
Attorneys for Truckla Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of February, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Kent B. Ryan*
_____