UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **B&S EQUIPMENT COMPANY, INC.** | * CIVIL ACTION 09-3862 |
| | * |
| **VERSUS** | * SECTION F-4 |
| | * |
| **TRUCKLA SERVICES, INC. AND** | * HONORABLE MARTIN L.C. |
| **ABC INSURANCE COMPANY** | * FELDMAN |
| | * |
| | * MAGISTRATE KAREN WELLS ROBY |

**ANSWER TO COUNTER-CLAIM**

  **NOW INTO COURT**, through undersigned counsel, comes B&S Equipment Company, Inc. (hereinafter "B&S") and in answer to the Counter-Claim of TRUCKLA Services, Inc. (hereinafter "TRUCKLA"), respectfully avers upon information and belief as follows:

**FIRST DEFENSE**

  TRUCKLA has no right or cause of action against B&S.

**SECOND DEFENSE**

  The Counter-Claim fails to state a claim against B&S upon which relief can be granted.

**THIRD DEFENSE**

  AND NOW, in answer to the specific allegations of the Counter-Claim, B&S avers as

1

follows:

I.

The allegations contained in Paragraph I of the Counter-Claim require no answer of B&S.

II.

The allegations contained in Paragraph II of the Counter-Claim are admitted.

III.

The statements of law contained in Paragraph III of the Counter-Claim require no answer of B&S; however, to the extent an answer is required, same are denied.

IV.

It is admitted TRUCKLA entered into a lease for two excavators with B&S, as well as a charter party for the charter of two spud barges.  The remaining allegations of Paragraph IV of the Counter-Claim are denied as written.

V.

The allegations contained in Paragraph V of the Counter-Claim are denied for lack of information sufficient to justify a belief therein.

VI.

The allegations contained in Paragraph VI of the Counter-Claim are denied.

VII.

The allegations contained in Paragraph VII of the Counter-Claim are denied.

VIII.

The allegations contained in Paragraph VIII of the Counter-Claim are denied as written.

IX.

The allegations contained in Paragraph IX of the Counter-Claim are denied.

X.

The allegations contained in Paragraph X of the Counter-Claim are denied.

XI.

The allegations contained in the prayer for relief are denied.

XII.

Any allegations not heretofore specifically admitted are denied.

## FOURTH DEFENSE

AND NOW, in further answer to the Counter-Claim, B&S avers that all damages to the equipment and barges were sustained while the equipment and barges were in the possession of TRUCKLA.

## FIFTH DEFENSE

B&S avers that if any damages were sustained by TRUCKLA, which is denied, said damages resulted from its own fault, carelessness, inattention to duty, and/or negligence for which B&S is not liable.

## SIXTH DEFENSE

B&S avers that of any damages were sustained by TRUCKLA, which is denied, said damages were caused by the acts, carelessness, inattention to duty, omissions, and/or conduct, and/or negligence of third persons, for whose fault and negligence B&S is not liable.

### SEVENTH DEFENSE

B&S avers that if any damages were sustained by TRUCKLA, which is denied, said damages were contributed to by its own fault, negligence, and/or fault and/or negligence of third parties, which fault should act as a complete bar, or in the alternative, as a mitigating factor, with respect to any recovery by TRUCKLA of damages herein.

### EIGHTH DEFENSE

B&S avers that TRUCKLA has failed to mitigate its damages, and any recovery should therefore be reduced or eliminated.

### NINTH DEFENSE

B&S avers that any damages sustained by TRUCKLA, which are denied, occurred as a consequence of its assumption of accepted and ordinary risks.

### TENTH DEFENSE

B&S avers it has fulfilled all of its obligations/duties related to the lease of the excavators and charter of the spud barges in question.

### ELEVENTH DEFENSE

B&S specifically reserves the right to amend this pleading once discovery is complete.

**WHEREFORE**, B&S Equipment Company, Inc. prays that after due proceedings are had, that there be judgment herein in its favor, dismissing the Counter-Claim of TRUCKLA

4

Services, Inc. at its costs.  Additionally, B&S prays for such other relief in the premises as in law or in equity it may be entitled to receive.

              Respectfully submitted,

              **REICH, ALBUM & PLUNKETT, L.L.C.**

              <u>/s/ ROBERT S. REICH</u>
              **ROBERT S. REICH, T.A. (#11163)**
              **W. JACOB GARDNER, JR. (#30511)**
              1000 Two Lakeway Center
              3850 North Causeway Boulevard
              Metairie, Louisiana  70002
              Telephone:  (504) 830-3999
              Telefax:  (504) 830-3950
              E-Mail:   rreich@rapllclaw.com
                   jgardner@rapllclaw.com
              *Attorneys for plaintiff, B&S Equipment Company, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 23rd day of February, 2010.

              <u>/s/ ROBERT S. REICH</u>