09-062267

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B & S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND ABC INSURANCE COMPANY | * | SECTION "F" |
| | * | |
| | * | MAGISTRATE: 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO CROSS-CLAIM

**NOW INTO COURT**, through undersigned counsel, comes defendant, Montgomery Insurance, and in answer to the Cross-Claim of Truckla Services, Inc., respectfully represents as follow:

### FIRST DEFENSE

Truckla has no cause of action against Montgomery Insurance.

### SECOND DEFENSE

Cross-Claim fails to state a claim against Montgomery Insurance which relief can be granted.

### THIRD DEFENSE

Defendant specifically pleads that all the terms, conditions, exclusions, and limitations of any policy issued to plaintiff are pled herein *in extenso*.

### FOURTH DEFENSE

As a separate and complete defense, Montgomery Insurance specifically pleads exclusions pursuant to the commercial inland marine policy issued herein.

1.

The allegations of Paragraph 1. do not require an answer from this defendant.

2.

Defendant, Montgomery Insurance, admits its status as a foreign corporation authorized to do and doing business in the State of Louisiana. All other allegations of Paragraph 2. are denied.

3.

The statements of law contained in Paragraph 3. do not require an answer from this defendant, however, to the extent an answer is required, same are denied.

4.

The allegations of Paragraph 4. are denied for the lack of sufficient information to justify a belief therein.

5.

The allegations of Paragraph 5. are denied for the lack of sufficient information to justify a belief therein.

6.

The terms, coverages and conditions of any policy of insurance issued by Montgomery Insurance are best evidenced by the policy itself.  Except as so qualified, the allegations of Paragraph 6. are denied.

7.

The allegations of Paragraph 7. are denied as written.

8.

The allegations of Paragraph 8. are denied as written.

9.

The allegations of Paragraph 9. are denied.

10.

The allegations of Paragraph 10. are denied.

WHEREFORE, defendant, Montgomery Insurance, prays that this Answer be deemed good and sufficient and that after due proceedings had, there be judgment herein in favor of defendant, Montgomery Insurance, and against cross-claimant, Truckla Services, Inc., dismissing cross-claimant's claim at its cost and for all general and equitable relief.

          **LAW OFFICES OF ROBERT E. BIRTEL**

      BY:s/ ERIN O. BRAUD
       Erin O. Braud, T. A. (30008)
       Attorney for Defendant,
       Montgomery Insurance
       Law Offices of Robert E. Birtel
       3900 North Causeway Boulevard
       Suite 625, One Lakeway Center
       Metairie, Louisiana 70002
       (504) 837-7050  Fax: (504) 837-0249
       Erin.Braud@LibertyMutual.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

      BY:s/  Erin O. Braud
          Erin O. Braud, T. A.
          Attorney for Defendant,
          Montgomery Insurance