UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION 09-3862 |
| | * | |
| VERSUS | * | SECTION F; MAG. 4 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | |
| ABC INSURANCE COMPANY | * | |
| ****************************************** | * | |

## OPOSITION TO MOTION TO COMPEL

MAY IT PLEASE THE COURT:

B&S Equipment Company, Inc., ("B&S") has filed a Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents against Truckla Services, Inc. ("Truckla"). Truckla provided Answers to Interrogatories and Responses to Requests for Production of Documents on March 1, 2010 to counsel for B&S. Counsel for B&S has yet to have an opportunity to review the production and is therefore not in a position to advise the court that the motion is moot. Truckla anticipates that B&S will be able to do so in the next several days, but out of an abundance of caution files this opposition to the court, submitting that the motion is moot because the discovery has been answered.

          Respectfully submitted,

          */s/ Kent B. Ryan*
          _____
          Stephen R. Remsberg, Esq., #13820
          Kent B. Ryan, Esq. #18418, T.A.
          LEMLE & KELLEHER, LLP
          2100 Pan American Life Center
          601 Poydras Street
          New Orleans, LA 70130
          Phone: (504) 586-1241
          Fax: (504) 584-9142
          Attorneys for Truckla Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Kent B. Ryan*
_____