UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| B&S EQUIPMENT COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO:     09-3862 |
| TRUCKLA SERVICES, INC., ET AL. | SECTION: "F" (4) |

### ORDER

On February 22, 2010, Plaintiff, B&S Equipment Company, Inc. filed a **Motion to Compel R. Doc. 40)**.  The Motion will be heard **with oral argument** on **Wednesday, March 10, 2010, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 4th day of March 2010.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE