UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B&S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION 09-3862 |
| | * | |
| VERSUS | * | SECTION F-4 |
| | * | |
| TRUCKLA SERVICES, INC. AND | * | HONORABLE MARTIN L.C. |
| ABC INSURANCE COMPANY | * | FELDMAN |
| | * | |
| | * | MAGISTRATE KAREN WELLS ROBY |

**O R D E R**

Considering the foregoing Consent Motion to Continue;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Compel of B&S Equipment Company, Inc., and against Truckla Services, Inc., be and is continued from March 10, 2010 until March 24, 2010 at 11:00 a.m.

New Orleans, Louisiana, this  8th  day of _____March_____, 2010.

_____
United States Magistrate Judge

**DENIED**

1