AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| B&S EQUIPMENT COMPANY, INC. | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 09-3862, SEC. F-4 |
| TRUCKLA SERVICES, INC., ET AL | ) ) ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
State National Insurance Company
Through the Louisiana Secretary of State
Administrative Services Section
8585 Archives Ave.
Baton Rouge, LA 70809

SERVED ON
JAY DARDENNE

FEB 19 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert S. Reich
Reich, Album & Plunkett, LLC
3850 N. Causeway Blvd., Suite 1000
Metairie, LA  70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.   Second and Third Supplemental Complaints.
First,

Loretta G. Whyte
Name of clerk of court

*Charles A. Amon* (signature)
Deputy clerk's signature

Date: __Feb 18 2010__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-3862, SEC. F-4

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State National Insurance Company
was received by me on *(date)* 02/18/10 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Secretary of State , who is
designated by law to accept service of process on behalf of *(name of organization)* St. Nat. Ins. Co.
on *(date)* 02/19/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/19/10

_____
Server's signature

Nicholas S. Cufrasi - Process Sen-
Printed name and title

4007 Toulouse St. N.O. LA 70119
Server's address

Additional information regarding attempted service, etc: