09-062267

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B & S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND ABC INSURANCE COMPANY | * | SECTION "F" |
| | * | |
| | * | MAGISTRATE: 4 |

*************************************************************************

**O R D E R**

Considering the foregoing;

IT IS ORDERED that Montgomery Insurance is hereby GRANTED leave of Court to file the foregoing Amended Answer.

New Orleans, Louisiana, this  10th  day of   March   , 2010.

_____
JUDGE