09-062267

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| B & S EQUIPMENT COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 09-3862 |
| | * | |
| TRUCKLA SERVICES, INC. AND ABC INSURANCE COMPANY | * | SECTION "F" |
| | * | |
| | * | MAGISTRATE: 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AMENDED ANSWER TO ORIGINAL COMPLAINT, FIRST SUPPLEMENTAL AND AMENDING COMPLAINT AND SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Montgomery Insurance, and in answer to the Complaint of B & S Equipment Company, Inc., the plaintiff, respectfully represents as follow:

FIRST DEFENSE

Defendant specifically pleads that plaintiff's complaint fails to state a claim or cause of action upon which relief can be granted.

SECOND DEFENSE

Specifically answering the allegations of the complaint, defendant pleads as follows:

I.

Defendant herby reasserts and reavers all allegations, denial, and defenses previously pleaded.

### THIRD DEFENSE

Defendant specifically pleads that all the terms, conditions, exclusions, and limitations of any policy issued to plaintiff are pled herein *in extenso*.

### FOURTH DEFENSE

As a separate and complete defense, Montgomery Insurance specifically pleads exclusions pursuant to the commercial inland marine policy issued herein. *Specifically, the CAT 375L excavator bearing serial number AHRH228 alleged to be damaged in plaintiff's complaint does not match the scheduled CAT 375L excavator bearing serial number 9WL258 covered under the Montgomery Insurance policy.*

### FIFTH DEFENSE

As a separate and complete defense, Montgomery Insurance avers that plaintiff, was contributory or comparatively negligent, which negligence acts as a complete or partial bar to their recovery.

### SIXTH DEFENSE

As a separate and complete defense, Montgomery Insurance, while continuing to deny that any damage was sustained, alternatively pleads that if any damages were sustained, they were caused by a third party for whom it is not responsible.

### SEVENTH DEFENSE

As a separate and complete defense, Montgomery Insurance alleges that plaintiff has failed to mitigate its damages.

### EIGHTH DEFENSE

If it is learned that plaintiff has provided an inflated estimate or one which includes items to which they are not entitled, then this is pled as a defense herein.

WHEREFORE, defendant, Montgomery Insurance, prays that this Answer be deemed good and sufficient and that after due proceedings had, there be judgment herein in favor of defendant, Montgomery Insurance, and against plaintiff, dismissing plaintiff's suit at its cost and for all general and equitable relief.

                                  **LAW OFFICES OF ROBERT E. BIRTEL**

                                  BY:s/ ERIN O. BRAUD
                                    Erin O. Braud, T. A. (30008)
                                  Attorney for Defendant,
                                  Montgomery Insurance
                                  Law Offices of Robert E. Birtel
                                  3900 North Causeway Boulevard
                                  Suite 625, One Lakeway Center
                                  Metairie, Louisiana 70002
                                  (504) 837-7050  Fax: (504) 837-0249
                                  Erin.Braud@LibertyMutual.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

                                BY:s/  Erin O. Braud
                                    Erin O. Braud, T. A.
                                    Attorney for Defendant,
                                    Montgomery Insurance