**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **B&S EQUIPMENT COMPANY, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:      09-3862** |
| **TRUCKLA SERVICES, INC., ET AL.** | **SECTION: "F" (4)** |

**ORDER**

On February 22, 2010, the Plaintiff, B&S Equipment Company, Inc. ("B&S"), filed a **Motion to Compel (R. Doc. 40)**, seeking an Order compelling Defendant, Truckla Services, Inc., to respond to its discovery requests.  The motion was set to be heard on March 10, 2010.  On Wednesday, March 10, 2010, B&S informed the Court via facsimile transmission that the parties have resolved the matter and that the motion is now moot.  A copy of the facsimile correspondence is attached to this Order.  Accordingly,

**IT IS ORDERED** that B&S's **Motion to Compel (R. Doc. 40)** is hereby **DENIED AS MOOT.**

New Orleans, Louisiana, this 10th day of March 2010

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**



## REICH, ALBUM & PLUNKETT, L.L.C.

ATTORNEYS AT LAW
TWO LAKEWAY CENTER, SUITE 1000
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002

**FAXED**
**DATE** 03/10/10

W. JACOB GARDNER, JR., ESQ.
jgardner@rapllclaw.com

TEL.: (504) 830-3999
FAX: (504) 830-3950
rap@rapllclaw.com

March 10, 2010

*VIA FACSIMILE ONLY*
*589-7618*
Magistrate Judge Karen Wells Roby
Division 4
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

> Re:  B&S Equipment Company, Inc. v.
>      TRUCKLA Services, Inc., et al
>      USDC, EDLA No. 09-3862, Sec. "F-4"
>      Our File:    13489/RSR

Dear Magistrate Judge Roby:

We are pleased to report that an agreement was reached regarding outstanding discovery in the above-referenced matter, and as such, it is no longer necessary to go forward with the Motion to Compel on your docket for today. Should you require anything further to remove the matter from your docket, please do not hesitate to contact the undersigned.

Respectfully,

REICH, ALBUM & PLUNKETT, LLC

W. Jacob Gardner, Jr.

WJG/mts

cc:   Mr. Kent Ryan via facsimile